# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| JONATHAN DAVID DERRYBERRY, | ) | |
| | ) | Case No. 1:17-cv-222 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) | |
| *Defendant*. | | |

## NOTICE

On or about August 4, 2017, a broker purchased, for the benefit of the undersigned, an equity interest in Defendant Norfolk Southern Railway Company, valued at approximately $6,000. The undersigned learned of the investment on October 19, 2017, and has since divested of any interest the stock. Based on this divestiture and the status of this matter, the undersigned believes that continuing to preside over this matter will serve the public interest and that recusal is unnecessary. *See* GUIDE TO JUDICIARY POLICY, Advisory Op. 69 (2009).

    */s/ Travis R. McDonough*
    **TRAVIS R. MCDONOUGH**
    **UNITED STATES DISTRICT JUDGE**