UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

JONATHAN DAVID DERRYBERRY, )
)
Plaintiff, )
)
v. )
) C.A. No.: 1:17-CV-00222-TRM-CHS
NORFOLK SOUTHERN RAILWAY )
COMPANY, )
)
Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a), FRCP, Plaintiff Jonathan David Derryberry and Defendant Norfolk Southern Railway Company, by and through their undersigned attorneys, hereby stipulate and agree to dismiss this case with prejudice. Any and all claims which were or which could have been asserted by or on behalf of Plaintiff against Norfolk Southern Railway Company are hereby dismissed with prejudice and are henceforth res judicata.

**For the Plaintiff:**

/s/ John A. Moss
John A. Moss
The Fountains at Piedmont Center
3495 Piedmont Road, N.E.
Building 11, Suite 905
Atlanta, GA 30305

**Attorney for Plaintiff**

**For the Defendant:**

/s/ Ronald K. Wray, II
Ronald K. Wray, II
rwray@gwblawfirm.com
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29601
(864) 271-9580

John W. Baker, Jr.
jbaker@boatlf.com
Baker, O'Kane, Atkins & Thompson, PLLP
2607 Kingston Pike, Suite 200
Knoxville, TN 37919
865-637-5600
865-637-5608
**Attorneys for Defendant**
**Norfolk Southern Railroad Company**